FERRIS & BRITTON, A Professional Corporation
  Michael Weinstein (State Bar No. 106424)
  W. Lee Biddle (State Bar No. 217128)
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone:  (619) 233-3131
Facsimile:   (619) 232-9316
E-mail: mweinstein@ferrisbritton.com
        lbiddle@ferrisbritton.com

Attorneys for Plaintiff RHINO LININGS CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHINO LININGS CORPORATION,<br><br>              Plaintiff,<br>v.<br><br>DAFOX, LLC d/b/a Rhino Linings of Utah; BRAD FOX; and JOSH DANOWSKI,<br><br>              Defendants. | Civil Action No. '12CV2527 GPC MDD<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE [RULE 41(a)(1)(A)(i)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, RHINO LININGS CORPORATION, hereby dismisses this entire action <u>with prejudice</u>.

Dated: June 11, 2013

                                     FERRIS & BRITTON
                                     A Professional Corporation

                                   By: __s/W. Lee Biddle_____
                                          W. Lee Biddle
                                          Michael R. Weinstein

                                   Attorneys for Plaintiff
                                   RHINO LININGS CORPORATION
                                   E-mail: lbiddle@ferrisbritton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. In addition, it was served electronically on counsel for all defendants via e-mail to Jessica G. Peterson at jpeterson@djplaw.com pursuant to her consent to be served via e-mail. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2013.

By:   s/W. Lee Biddle
      W. Lee Biddle (State Bar No. 217128)
      401 West A Street, Suite 2550
      San Diego, CA 92101
      Telephone:  (619) 233-3131
      Facsimile:   (619) 232-9316
      E-mail:   lbiddle@ferrisbritton.com